**1084** ■

■

LESTER ASSOCIATES, a general partnership, Appellant,

v.

COMMONWEALTH of Pennsylvania, Board of Finance and Revenue, Appellee.

Supreme Court of Pennsylvania.

Nov. 28, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 28th day of November, 2000, the Order of the Commonwealth Court is vacated. The Commonwealth Court erred when it relied upon *Sabatine v. Commonwealth,* 497 Pa. 453, 442 A.2d 210, 212 (1981), for the general proposition that the Department of Revenue is not bound by a Common Pleas Court's decision. Accordingly, this matter is **REMANDED** to the Commonwealth Court for consideration of whether Lester Associates proffered sufficient evidence that the March 20, 1992 deed was void *ab initio, Sabatine,* 497 Pa. at 458, 442 A.2d at 212, such that there was no transfer of real estate, justifying the imposition of realty transfer tax by the Department of Revenue.

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, Appellant,

v.

BOARD OF GOVERNORS OF THE STATE SYSTEM OF HIGHER EDUCATION, Appellee.

Supreme Court of Pennsylvania.

Nov. 28, 2000.

### ORDER

PER CURIAM

AND NOW, this 28th day of November, 2000, the order of the Commonwealth Court is AFFIRMED. Additionally, Appellant's Unopposed Petition for Advancement of Argument is hereby DENIED.